

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-28,421-05

### EX PARTE DUANE KIRK CUNNINGHAM, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 15-22936-A IN THE 252ND DISTRICT COURT
### FROM JEFFERSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of burglary of a building and sentenced to confinement in state jail for two years. He did not appeal his conviction.

Applicant's claim concerning pre-sentence jail time credit is dismissed. *Ex parte Florence*, 319 S.W.3d 695 (Tex. Crim. App. 2010); *Ex parte Ybarra*, 149 S.W.3d 147 (Tex. Crim. App. 2004). Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief on Applicant's ineffective assistance of counsel claim.

Filed: March 1, 2017
Do not publish